No. 84–1061.   MERCHENT ET AL. *v.* CUBBAGE.   C. A. 9th Cir. Certiorari denied.

No. 84–1073.   FITZPATRICK *v.* VILLANOVA UNIVERSITY.   C. A. 3d Cir.   Certiorari denied.

No. 84–1078.   CARSON *v.* INDIANA ET AL.   Ct. App. Ind. Certiorari denied.

No. 84–1080.   SOUTHERN PACIFIC COMMUNICATIONS CO. ET AL. *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 84–1087.   DAVIS ET AL. *v.* AVCO FINANCIAL SERVICES, INC.   C. A. 6th Cir.   Certiorari denied.

No. 84–1094.   FORNASH *v.* KENTUCKY.   Cir. Ct. Ky., Campbell County.   Certiorari denied.

No. 84–1095.   FITZPATRICK *v.* DIMARTINO, JUDGE, SUPERIOR COURT, LAW DIVISION, GLOUCESTER COUNTY, NEW JERSEY, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–1111.   SUSSMAN *v.* NEWS JOURNAL CORP.   C. A. 11th Cir.   Certiorari denied.

No. 84–1117.   WINSLOW MANUFACTURING, INC., ET AL. *v.* KAIN, DBA BROCK-KAIN.   C. A. 10th Cir.   Certiorari denied.

No. 84–1130.   DEMPSTER ET AL. *v.* TURNER.   C. A. 9th Cir. Certiorari denied.

No. 84–1138.   GARMAN *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–1169.   PEEBLES *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir.   Certiorari denied.

No. 84–1189.   GRIER *v.* BOARD OF COMMISSIONERS FOR MOORE COUNTY ET AL.   C. A. 4th Cir.   Certiorari denied.